HARRY-TODD ASTROV CABN: 224563
ASTROV P.C.
4695 Chabot Drive, Suite 200
Pleasanton, California  94588
Telephone:  (925) 828-2415
FAX:  (925) 269-2600

Attorney for Defendant EARLE W. ADY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiffs,<br><br>   v.<br><br>EARLE W. ADY,<br><br>      Defendant. | Case No. CV-15-2007-HSG<br><br>STIPULATION TO EXTEND TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT |

   Plaintiff, United States of America, Defendant, Earle W. Ady, through their respective counsels, hereby agree and stipulate as follows:

   1.   That Defendant, Earle W. Ady, be granted 21 days additional days to answer or otherwise respond to the Complaint in order to enable the parties to engage in settlement negotiations.

   2.   That the Answer to the Complaint be filed on or before September 29, 2015, which is 81 days from the date that an answer to the Complaint was originally due.

//

//

//

//

//

Stip To Extend Time to File Answer or Otherwise
Respond to Compl; No. 15-2007                        1

SO STIPULATED:

Dated: September 8, 2015

_____/s/_____
HARRY-TODD ASTROV
Attorney for Defendant EARLE W. ADY

BRIAN STRETCH
Acting United States Attorney

Dated: September 8, 2015

_____/s/_____
CYNTHIA STIER
Assistant U.S. Attorney
Tax Division

SIGNATURE ATTESTATION

"I hereby attest that I have on file permission to use any signatures indicated by a conformed signature (/s/) within this e-filed document."

_____/s/_____
HARRY-TODD ASTROV
Attorney for the Defendant EARLE W. ADY

SO ORDERED THIS 9th day of September, 2015.

HAYWOOD S. GILLIAM, JR.
United States District Judge