MELINDA HAAG (CABN 132612)
United States Attorney
J DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
Tax Division
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7000
    FAX: (415) 436-7009
    Cynthia.stier@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 15-cv-2007-HSG |
| Plaintiff, | |
| v. | STIPULATION TO ENTRY OF JUDGMENT |
| EARLE W. ADY, | |
| Defendant. | |

The United States of America, and defendant, Earle W. Ady, by and through their respective counsel, stipulate and agree as follows:

1. That judgment be entered against defendant Earle W. Ady, and in favor of the United States of America in the amount of $ $1,533,702.59, as of May 30, 2015, for his individual income tax liability for the 2001 tax year, plus statutory additions accruing from May 30, 2015 until fully paid.

SO STIPULATED:

Dated:

_[signature]_
HARRY-TODD ASTROV
Astrov, P.C.
4695 Chabot Drive
Suite 200

STIPULATION TO ENTRY OF JUDGMENT
15-CV-2007-HSG

|   |   |
|---|---|
|   | Pleasanton, CA  94588 |
|   | 925-828-2415 |
|   | Attorney for Earle W. Ady |
|   |   |
|   | MELINDA HAAG |
|   | United States Attorney |
|   |   |
|   | /s/ |
|   | CYNTHIA STIER |
|   | Assistant United States Attorney |
|   | Attorneys for United States |

Dated: 10/8/15

**APPROVED**
*Haywood S. Gilliam Jr.*
Judge Haywood S. William Jr.

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

STIPULATION TO ENTRY OF JUDGMENT
15-CV-2007-HSG

2