MELINDA HAAG (CABN 132612)
United States Attorney
J DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
Tax Division

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7000
    FAX: (415) 436-7009
    Cynthia.stier@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 15-cv-02007-HSG |
|---|---|
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| EARLE W. ADY, | ) |
| Defendant. | ) |

    Pursuant to the Stipulation for Entry of Judgment filed by the United States of America and defendant, Earle W. Ady, by and through their respective counsel, JUDGMENT is awarded as follows:

    Judgment is entered against Defendant Earle W. Ady, and in favor of the United States of America in the amount of $1,533,702.59, as of May 30, 2015, for his individual income tax liability for the 2001 tax year, plus statutory additions accruing from May 30, 2015 until fully paid.

    SO ORDERED:

Dated: 10/20/2015

                                            HAYWOOD GILLIAM, JR.
                                            United States District Judge

[PROPOSED] JUDGMENT,
CASE 15-CV-02007-HSG